■ LEDGE-ROCK DEVELOPMENT CORP., Respondent, v. AARON COHEN et al., Appellants.— Motion granted and eviction proceeding stayed pending hearing and determination of appeal.

■ In the Matter of JOSEPH P. DZWIELEWSKI et al., Doing Business as FRIENDLY INN, Petitioners, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Motion to permit appeal on original transcript of testimony and papers and five typewritten copies of appellant's brief denied.

■ HAMILTON COLLEGE SEWER DISTRICT, Respondent, v. JOHN G. JOSEPH et al., Appellants.— Motion granted to prosecute appeal on original and five typewritten copies of record and one copy of stenographer's minutes. Appeal dismissed unless records and appellant's brief are filed and served on or before January 17, 1962; respondent's brief must be filed on or before February 1, 1962 if appeal is to be heard at February 1962 Term.

■ In the Matter of PUTNAM THEATRICAL CORP., Respondent-Appellant, v. BENJAMIN M. GINGOLD, as Commissioner of Assessment of the City of Syracuse, Appellant-Respondent.— Appeal dismissed unless records and briefs are filed and served on or before February 28, 1962.

■ (A) In the Matter of THOMAS L. BRATCHER, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LE ROY CHARLES HOUSE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— [In each action] Motion to prosecute appeal as a poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE EURE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE EURE, Appellant.— Motion granted and time for argument of appeals enlarged to include term commencing February 13, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL KAMMAN, Appellant.— Motion granted and time for argument of appeal enlarged to include term commencing on February 13, 1962, upon condition that record and appellant's briefs are filed and served on or before January 17, 1962. Respondent's brief must be filed and served on or before February 1, 1962 if appeal is to be argued at February Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT JOHN KOUSCH, Appellant.— Upon the statement of the Jefferson County Judge that the minutes will be transcribed and available promptly, motion to enlarge time for argument of appeal granted to and including the January 1962 Term, on condition that appellant's brief is filed and served on or before December 15, 1961. Respondent's brief is directed to be filed on or before December 22, 1961.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LUTHER VARNER (David J. Mahoney, Jr., Esq., for Robert H. Daley, Esq.; order entered Nov. 1, 1961). (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD F. CAMPBELL, v. ROBERT E. MURPHY, as Warden of Auburn Prison (Robert Romeo, Esq., for Lucien Ali, Esq.).— [In each action] Order of substitution of attorneys entered.

■ MARK KYLER, Appellant, v. UNITED STATES TROTTING ASSOCIATION et al., Respondents.— Appeal dismissed unless records and appellant's briefs are filed and served on or before January 22, 1962; respondent's brief must be filed and served by February 1, 1962 if appeal is to be heard at February 1962 Term.